IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWIN VERNAL FRANKLIN, | ) | No. CV-F-04-5928 REC/DLB |
| | ) | |
| | ) | ORDER DISMISSING ACTION AND DIRECTING ENTRY OF JUDGMENT FOR DEFENDANTS (Doc. 10) |
| Plaintiff, | ) | |
| vs. | ) | |
| COUNTY OF KINGS, et al., | ) | |
| Defendant. | ) | |

On November 8, 2004, the United States Magistrate Judge recommended that this action be dismissed because of plaintiff's failure to comply with a court order.

No objections to the recommendation have been filed. The court has reviewed the record herein and concurs with the recommendation.

ACCORDINGLY:

1. This action is dismissed for failure to comply with a court order.

2. The Clerk of the Court is directed to enter judgment for

1

1  defendants.

2       IT IS SO ORDERED.

3  **Dated:  November 30, 2005**              **/s/ Robert E. Coyle**
   668554                                    UNITED STATES DISTRICT JUDGE